NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXELL, LTD.,**
*Plaintiff-Appellant*

**MAXELL HOLDINGS, LTD.,**
*Plaintiff*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2023-2026

---

Appeal from the United States District Court for the Central District of California in No. 2:21-cv-06758-GW-DFM, Judge George H. Wu.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        MAXELL, LTD. V. VIZIO, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>August 23, 2023</u>
        Date                              <u>/s/ Jarrett B. Perlow</u>
                                          Jarrett B. Perlow
                                          Clerk of Court

**ISSUED AS A MANDATE:** August 23, 2023